

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jakob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10028*

May 29, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Edson Brown*, 25 Cr. 241 (JPC)

Dear Judge Cronan:

    The Government and defense counsel have conferred and request that the Court schedule an arraignment and initial conference for June 6, 2025, at noon. The Government further requests that the Court exclude time under the Speedy Trial Act until the arraignment. The exclusion of time will permit the parties to being discussions about the case and discovery in the case and will enable the parties to have discussions about a potential resolution to the case.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    By:   /s/
        Andrew Jones
        Assistant United States Attorney
        (212) 637-2249

The instant request sets forth the Government's request for an exclusion of time under the Speedy Trial Act, but does not identify whether Defendant consents to such an exclusion. By the end of the day today, May 30, 2025, the parties shall file a joint letter clarifying whether the Government's proposed exclusion is opposed or unopposed.

SO ORDERED.
Date: May 30, 2025
New York, New York

JOHN P. CRONAN
United States District Judge