UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES, :
:
:
:
-v- :  25 Cr. 241 (JPC)
:
EDSON BROWN, :  ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The arraignment and initial conference for Defendant Edson Brown is scheduled for June 5, 2025, at 12:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Government has also applied for an exclusion of time until June 5, 2025, under the provisions of the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A), which Defendant does not oppose. *See* Dkts. 10, 12. The Court finds that the end of justice served by excluding time until the arraignment and initial conference outweigh the interests of the public and the defendant in a speedy trial, as this time will permit the parties to review discovery for this case and discuss a potential pretrial resolution. Time is therefore excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between the date of this Order and June 5, 2025.

SO ORDERED.

Dated: June 2, 2025
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge