UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                               :

UNITED STATES OF AMERICA,           :

            -v-               :

                               :        25 Cr. 241 (JPC)

EDSON BROWN,                 :

                          :        PRETRIAL ORDER
                    Defendant.       :

                               :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on June 8, 2026.  The Parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.  Unless the Court orders otherwise, any exhibit lists, exhibits, and Section 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Civil Procedure 16(a)(1)(G) is April 27, 2026.  The deadline for Defendant's rebuttal expert disclosures pursuant to Rule 16(b)(1)(C) is May 18, 2026.  The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 27, 2026.  By May 11, 2026, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms.  Any motions *in limine* (other than motions to preclude Defendant's experts) shall also be filed by May 11, 2026, with oppositions due May 18, 2026.  By May 20, 2026, the Government shall advise whether it intends to move to preclude Defendants' experts, in which case the Court will then set a briefing schedule.

The Court will hold a Final Pretrial Conference on June 1, 2026 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 8, 2026
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

2